# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129468 & (20)

JUDITH PAWLAK,
          Plaintiff-Appellee,

v

                                     SC: 129468
                                     COA: 262904

HENRY FORD HEALTH SYSTEM,
a/k/a HENRY FORD MEDICAL
CENTER-CANTON,
          Defendant-Appellant.
                                     Wayne CC: 03-340680-NH

_____/

      On order of the Court, the application for leave to appeal the August 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

d1120